# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.169.146.170 | Bright House Networks | 2011-05-12 07:37:38 AM |
| 173.169.89.4 | Bright House Networks | 2011-03-18 03:47:46 AM |
| 174.134.230.182 | Bright House Networks | 2011-04-15 06:04:18 PM |
| 174.48.154.156 | Comcast Cable Communications | 2011-04-02 04:37:22 AM |
| 174.48.79.242 | Comcast Cable Communications | 2011-04-01 02:50:55 AM |
| 184.88.240.58 | Bright House Networks | 2011-06-06 06:07:09 PM |
| 24.129.64.120 | Comcast Cable Communications | 2011-05-02 05:40:46 PM |
| 24.164.56.204 | Bright House Networks | 2011-05-22 08:18:11 AM |
| 24.214.7.18 | Knology | 2011-05-12 02:18:21 PM |
| 24.250.133.252 | Cox Communications | 2011-05-09 03:33:57 PM |
| 24.26.28.20 | Bright House Networks | 2011-06-01 02:09:11 AM |
| 50.88.242.190 | Bright House Networks | 2011-04-08 05:57:18 PM |
| 50.90.233.3 | Bright House Networks | 2011-03-14 02:13:51 PM |
| 65.33.127.236 | Bright House Networks | 2011-06-01 12:03:08 AM |
| 66.176.47.129 | Comcast Cable Communications | 2011-05-21 05:20:24 AM |
| 66.177.95.73 | Comcast Cable Communications | 2011-04-21 05:36:59 AM |
| 67.8.186.81 | Bright House Networks | 2011-04-13 03:27:11 PM |
| 67.8.64.154 | Bright House Networks | 2011-03-14 03:52:28 AM |
| 68.1.116.235 | Cox Communications | 2011-05-19 05:31:24 AM |
| 68.101.74.132 | Cox Communications | 2011-05-30 05:10:31 PM |
| 68.35.238.37 | Comcast Cable Communications | 2011-03-12 06:22:38 PM |
| 68.54.33.134 | Comcast Cable Communications | 2011-05-21 04:19:51 AM |
| 68.63.72.40 | Comcast Cable Communications | 2011-03-17 02:08:24 PM |
| 70.119.74.45 | Bright House Networks | 2011-03-13 08:02:29 PM |
| 70.127.252.192 | Bright House Networks | 2011-04-30 12:31:54 AM |
| 70.171.33.192 | Cox Communications | 2011-05-09 05:47:12 AM |
| 71.1.248.28 | Embarq | 2011-04-24 04:18:49 AM |
| 71.196.112.225 | Comcast Cable Communications | 2011-04-21 10:05:39 PM |
| 71.228.87.92 | Comcast Cable Communications | 2011-05-19 02:45:41 PM |
| 71.45.94.124 | Bright House Networks | 2011-05-17 12:22:20 AM |
| 72.186.75.100 | Bright House Networks | 2011-04-11 05:05:21 PM |
| 72.187.57.196 | Bright House Networks | 2011-04-14 08:03:58 AM |
| 72.187.82.138 | Bright House Networks | 2011-05-09 07:22:04 PM |
| 72.188.150.188 | Bright House Networks | 2011-04-22 11:16:54 PM |
| 72.189.38.187 | Bright House Networks | 2011-04-15 04:00:51 AM |
| 72.216.1.180 | Cox Communications | 2011-05-18 09:15:39 PM |
| 72.40.60.84 | Earthlink | 2011-05-06 02:47:07 AM |
| 72.64.216.20 | Verizon Online | 2011-06-01 01:38:40 AM |
| 72.64.216.66 | Verizon Online | 2011-04-15 04:45:53 AM |
| 72.77.175.230 | Verizon Online | 2011-06-05 04:18:55 AM |
| 76.101.148.104 | Comcast Cable Communications | 2011-05-16 01:07:30 PM |
| 76.108.81.247 | Comcast Cable Communications | 2011-04-07 12:01:24 AM |
| 76.110.8.12 | Comcast Cable Communications | 2011-05-05 11:47:19 AM |
| 76.26.230.91 | Comcast Cable Communications | 2011-03-12 10:45:15 PM |
| 96.254.146.175 | Verizon Online | 2011-05-08 12:36:41 PM |
| 97.100.83.206 | Bright House Networks | 2011-03-19 04:28:11 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 97.102.138.98 | Bright House Networks | 2011-03-11 05:28:39 PM |
| 97.102.189.45 | Bright House Networks | 2011-03-22 03:36:37 PM |
| 98.190.168.35 | Cox Communications | 2011-03-16 02:22:25 AM |
| 98.203.114.152 | Comcast Cable Communications | 2011-05-21 03:08:49 AM |
| 98.244.233.214 | Comcast Cable Communications | 2011-03-23 09:51:46 PM |
| 98.249.139.190 | Comcast Cable Communications | 2011-04-17 06:56:53 AM |
| 98.254.242.12 | Comcast Cable Communications | 2011-04-22 03:02:18 AM |