UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 11-cv-2210 -PAS     -CV- Patricia A. Seitz
(Judge's Last Name/Magistrate's Last Name)

Pink Lotus Entertainment, LLC

(Full Name of Plaintiff/s) ,

Plaintiff (s)

FILED by ____ D.C.

AUG 10 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Vs.
Kaitlyn Olesik

(Full Name of Defendant/s),

Defendant(s).
_____/

Motion to Quash or Dismiss the Subpoena

**TITLE OF DOCUMENT**

I, Kaitlyn Olesik of 7491 Pine Lakes Boulevard Port Saint Lucie, FL 34952 in the above styled cause, am responding to a subpoena in Case No. 11-cv-22103-PAS in which Pink Lotus Entertainment, LLC is claiming the illegal downloading/uploading of copyrighted properties.

I was told but did not receive proper notice regarding the subpoena and any infractions being cited.

The internet network referenced was in fact secured but usable to individuals other than myself through knowledge of the password or possible illegal use of the network.

I have no knowledge of any of the activities referenced in the complaint above. I have not taken part in the illegal uploading and/or downloading of movies, pictures, or other copyrighted materials. Due to the fact that this complaint was filed by mistake, I am requesting that any information and/or accusation related to me be quashed.

Due to statements made above, I request that the courts dismiss any reference to me or my internet protocol address in this case.

WHERE AS, I request that this case be dismissed and/or my name be quashed in relation to this case.

August, 10, 2011
Dated: Month, day, year

Respectfully submitted,

Kaitlyn Olesik
Name of Filer

Filed Pro Se
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

7491 Pine Lakes Blvd.
Street Address

Port Saint Lucie, Fl, 34952
City, State, Zip Code

Telephone: (954) 673-6277

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_US Mail_ [Specify method of service] on _August 10, 2011_ [date]

on all counsel or parties of record on the Service List below.

_Kaitlyn Queen_
Signature of Filer

_Tamecika Dav. - 8/4/11_

TAMECIKA DAVIS
MY COMMISSION # DD 971052
EXPIRES: July 12, 2014
Bonded Thru Notary Public Underwriters

## SERVICE LIST

_John Steele c/o Steele Hansmeier PLLC_
Party or Attorney Name

Party or Attorney Name

_____
Attorney E–mail Address *(if applicable)*

Attorney E–mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

Firm Name *(if applicable)*

_161 N. Clark Street Suite 4700_
Street Address

Street Address

_Chicago, IL, 60601_
City, State, Zip Code

City, State, Zip Code

Telephone: _____

Telephone: _____

Facsimile: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

July 14, 2011

*Personal and Confidential*

*Via UPS Delivery*

MS KAITLYN OLESIK
2256 PARROT LN
TALLAHASSEE, FL 32303

    Re:   *Pink Lotus Entertainment, LLC v. John Does 1-53*
           United States District Court for the Southern District of Florida
           Docket No.: 1:11-cv-22103-PAS
           Order Entered: June 23, 2011
           Comcast File #: 281347

Dear Ms Kaitlyn Olesik:

    Pink Lotus Entertainment, LLC has filed a lawsuit in the United States District Court for the Southern District of Florida. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing Pink Lotus Entertainment, LLC's copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 68.35.238.37 on 3/12/2011 06:22:38 PM GMT. The Court has ordered Comcast to supply your name, address and other information to Pink Lotus Entertainment, LLC in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number 1:11-cv-22103-PAS by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

    Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena <u>no later than August 15, 2011</u>. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **(866) 947-5587** <u>no later than August 15, 2011</u>. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

    If you have any questions, you may contact us at **(866) 947-8572**.

                            Sincerely yours,

                            Comcast Legal Response Center

Attachments:   Copy of Court Order and accompanying Subpoena regarding civil action