IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT, LLC<br>Plaintiff,<br><br>v.<br><br>DOES 1-53,<br>Defendants. | Case No. 1:11-cv-22103-PAS–Civ–<br>Seitz/Simonton |

**NOTICE OF APPEARANCE**

The undersigned counsel, Bradford A. Patrick, Esq. of Law Offices of Bradford A. Patrick PA, enters his appearance on behalf of Defendant DOE 37 (IP 72.40.60.84) in the above-styled cause of action, and requests that copies of all pleadings, motions, notices, orders, correspondence, discovery and all other papers filed in this cause be served upon Defendant.

   /s/ Bradford A. Patrick_____
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
Telephone: (813) 384-8548
Facsimile: (813) 333-7321
bap@baplegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2011, a true and correct copy of the foregoing was served on all counsel or parties of record on the attached service list by the means set forth on the Service List.

        /s/ Bradford A. Patrick
       Bradford A. Patrick, Esq.

## SERVICE LIST

NEIL H. RUBIN
Florida Bar No. 416592
nhrubin@neilrubinlaw.com
Rubin & Bickman, PLLC
Historic City Hall
1130 Washington Ave–Fourth Floor
Miami Beach, Florida 33139-4600
Telephone: (305)-672-7200 Extension '2'
Telecopier: (305)-672-0101
*Attorney for Plaintiff*